IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:85CR00062-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| WAYNE PORTER | ) |
| _____ | ) |

## NOTICE OF APPEAL

NOW COMES Wayne Porter, through counsel and pursuant to Rule 4 (b) of the Federal Rules of Appellate Procedure, and hereby gives notice of appeal of the Judgment entered on August 26, 2014 in accordance with the Court's Order denying and dismissing his motion filed pursuant to former Rule 35(a) of the Federal Rules of Criminal Procedure, signed on August 26, 2014, to the United States Court of Appeals for the Fourth Circuit.

This the 5th day of September, 2014.

Respectfully submitted,

/s/ Matthew G. Pruden
Matthew G. Pruden

1

Bar No. 32888
Attorney for Mr. Porter
Tin Fulton Walker & Owen, PLLC
301 East Park Ave.
Charlotte, NC 28203
Phone: 704-338-1220
Fax: 704-338-1312
E-mail: mpruden@tinfulton.com

2

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing **NOTICE OF APPEAL** on opposing counsel by submitting a copy thereof through ECF to:

> Richard Edwards
> Assistant United States Attorney
> 100 Otis Street, Suite 233
> Asheville, NC 28801
> Richard.edwards2@usdoj.gov

This the 5th day of September, 2014.

Respectfully submitted,

/s/ Matthew G. Pruden
Matthew G. Pruden
Bar No. 32888
Attorney for Mr. Ragin
Tin Fulton Walker & Owen, PLLC
301 East Park Ave.
Charlotte, NC 28203
Phone: 704-338-1220
Fax: 704-338-1312
E-mail: mpruden@tinfulton.com