UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 23, 2015

_____

RECORD RETURN

_____

No.  14-7335,    US v. Wayne Porter
                 3:85-cr-00062-RLV-1, 3:14-cv-00373-RLV

TO:  Frank G. Johns
     UNITED STATES DISTRICT COURT
     Western District of North Carolina
     Charles R. Jonas Federal Building
     401 West Trade Street
     Room 210
     Charlotte, NC 28202-0000

The original record on appeal is returned herewith. The enclosed record consists of:

[3] Volumes of pleadings
[9] Volumes of transcripts
[2] Volumes of exhibits
[ ] Volumes of depositions
[ ] SEALED volumes
[ ] Volumes of state court records
[ ] Volumes other

**[14] TOTAL VOLUME(S)**

**[1] TOTAL NUMBER OF BOXES**

RJ Warren, Deputy Clerk
804-916-2702